**Order entered October 9, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00260-CR

**GARY DON JENNINGS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F10-71278-K**

## ORDER

The Court **REINSTATES** this appeal.

On June 14, 2013, this Court ordered the trial court to make findings regarding the reporter's record of the January 22, 2013 adjudication hearing. The findings were ordered in response to court reporter Janice Garrett's April 29, 2013 extension request that stated the hearing was recorded by court reporter Akilah Welborn, and that Ms. Garrett had not been able to contact Ms. Welborn regarding the record. To date, we have not received the findings, the reporter's record from the January 22, 2013 hearing, or a response to either of two letters inquiring about the status of the findings. The appeal cannot proceed until the issue of the reporter's record is resolved.

Accordingly, we **ORDER** the Honorable Dominique Collins, Presiding Judge of the Criminal District Court No. 4, to make findings regarding the record of the January 22, 2013 adjudication hearing. Pursuant to Texas Rule of Appellate Procedure 34.6(f), the Honorable Dominique Collins shall specifically determine the following:

- Whether appellant timely requested the reporter's record.

- The name of the court reporter who recorded the January 22, 2013 adjudication hearing.

- Whether the notes of the January 22, 2013 hearing are available and can be transcribed. If the notes are available and can be transcribed, the Honorable Dominique Collins shall determine the date by which that record will be filed.

- If the notes are not available or cannot be transcribed, the Honorable Dominique Collins shall determine whether appellant is at fault for the loss or destruction of the notes and whether the parties can agree on a substituted record.

We **ORDER** the Honorable Dominique Collins to transmit a record containing her written findings of fact, any orders, and any supporting documentation to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to: (1) the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; (2) Janice Garrett, Official Court Reporter, Criminal District Court No. 4; (3) Riann Moore, Dallas County Public Defender's Office; and (4) Michael Casillas, Dallas County District Attorney's Office.

We **ABATE** the appeal to allow the Honorable Dominique Collins to comply with this order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/    DAVID EVANS
       JUSTICE